# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES, et al., ) | |
| ) | |
| Plaintiff(s), ) | Case No. 2:13-cv-1907-APG-NJK |
| ) | |
| vs. ) | ORDER DENYING STIPULATION |
| ) | TO EXTEND |
| JAYNES CORPORATION, et al., ) | |
| ) | (Docket No. 9) |
| Defendant(s). ) | |

Pending before the Court is a stipulation to extend the deadline to file a response to the complaint. Docket No. 9. Stipulations to extend Court deadlines are not effective absent Court approval. *See* Local Rule 7-1(b). A showing of "good cause" is required for requests to extend deadlines. *See* Fed. R. Civ. P. 6(b)(1). The pending stipulation provides no reason whatsoever for the extension requested. Accordingly, it is hereby DENIED without prejudice.

IT IS SO ORDERED.

DATED: November 27, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge