Leon F. Mead II, Esq.
Nevada Bar No. 5719
Robin E. Perkins, Esq.
Nevada Bar No. 9891
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
lmead@swlaw.com
rperkins@swlaw.com
*Attorneys for Jaynes Corporation*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF AGATE STEEL, INC.; AGATE STEEL, INC., an Arizona Corporation,<br><br>Plaintiffs,<br>vs.<br><br>JAYNES CORPORATION, a New Mexico corporation; WESTERN SURETY COMPANY, South Dakota corporation,<br><br>Defendants. | CASE NO. 2:13-cv-01907-APG-NJK<br><br>**NOTICE OF STIPULATED MOTION AND ~~PROPOSED~~ ORDER FOR EXTENSION TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiffs United States for the Use and Benefit of Agate Steel, Inc. and Agate Steel, Inc. ("Plaintiffs") and Defendant Jaynes Corporation ("Jaynes"), by and through their respective counsel, hereby move by stipulation, to extend the deadline for Jaynes to respond to Plaintiffs' Complaint filed on October 17, 2013 [Doc. No. 1] from December 3, 2013 to December 12, 2013.

Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 6-1, there exists good cause to grant this extension to respond for the following reasons.

1. Jaynes was served with the Summons and Complaint on November 13, 2013 [Doc. No. 7].
2. Due to various internal matters to be resolved, counsel for Jaynes Corporation was just recently retained, and requires additional time to prepare its response.
3. Additionally, the Thanksgiving holiday limited the number of days available for counsel to prepare a response.

4. On November 26, 2013, the parties agreed to the extension requested herein.

5. This same extension request was originally submitted via stipulation and order on November 27, but rejected for failure to comply with Fed. R. Civ. P. 6(b)(1).

6. This stipulated extension request is sought in good faith and is not made for the purpose of delay.

7. This Notice of Stipulated Motion and Proposed Order for Extension to Respond to Complaint is submitted before the current December 3 deadline to respond.

Therefore, the parties jointly request that Jaynes' deadline to respond to Plaintiffs' Complaint be extended until December 12, 2013.

Respectfully submitted,

Dated: December 2, 2013

LAW OFFICES OF TIMOTHY D. DUCAR, PLC

By: __/s/ Timothy D. Ducar____
   Timothy D. Ducar, Esq.
   Nevada Bar No. 10572
   P.O. Box 72645
   Phoenix, AZ 85050
   tducar@azlawyers.com
   *Attorneys for Plaintiffs*

Dated: December 2, 2013

SNELL & WILMER L.L.P.

By: __/s/ Robin E. Perkins_____
   Leon F. Mead II, Esq.
   Nevada Bar No. 5719
   Robin E. Perkins, Esq.
   Nevada Bar No. 9891
   3883 Howard Hughes Parkway
   Suite 1100
   Las Vegas, NV 89169
   lmead@swlaw.com
   rperkins@swlaw.com
   *Attorneys for Jaynes Corporation*

**ORDER**

IT IS HEREBY ORDERED that the deadline for Jaynes Corporation to respond to Plaintiffs' Complaint filed on October 17, 2013 [Doc. No. 1] is extended to December 12, 2013.

DATED this __2nd__ day of December, 2013.

_____
United States Magistrate Judge