1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10

11

UNITED STATES, et al., )

12                    Plaintiff(s), )          Case No. 2:13-cv-1907-APG-NJK

13    vs. )                                    ORDER DENYING STIPULATION
                                               TO EXTEND
14    JAYNES CORPORATION, et al., )
                                               (Docket No. 81)
15                    Defendant(s). )

16          Pending before the Court is a stipulation to extend various deadlines, Docket No. 81, which

17    is hereby DENIED without prejudice.  *See* Local Rule 6-2(a) (the signature block for the Court's

18    approval "shall not be on a separate page").

19          IT IS SO ORDERED.

20          DATED: April 14, 2015

21                                             _____
22                                             NANCY J. KOPPE
                                               United States Magistrate Judge
23
24
25
26
27
28