Leon F. Mead II, Esq.
Nevada Bar No. 5719
Robin E. Perkins, Esq.
Nevada Bar No. 9891
Bryan M. Gragg, Esq.
Nevada Bar No. 13134
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
lmead@swlaw.com
rperkins@swlaw.com
bgragg@swlaw.com
*Attorneys for Jaynes Corporation and Western Surety Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF AGATE STEEL, INC.; AGATE STEEL, INC., an Arizona corporation,<br><br>                    Plaintiffs,<br><br>vs.<br><br>JAYNES CORPORATION, a New Mexico corporation; WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>                    Defendants. | CASE NO. 2:13-cv-01907-APG-NJK<br><br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES**[1]<br><br>**(Sixth Request)** |
| JAYNES CORPORATION, a New Mexico corporation,<br><br>                    Third-Party Plaintiff,<br><br>vs.<br><br>AMERICAN STEEL CORPORATION, a Nevada corporation, THE OHIO CASUALTY INSURANCE COMPANY, a foreign corporation,<br><br>                    Third-Party Defendants. | |

---

[1] On April 13, 2015, in compliance with LR 26-4, more than twenty-one days before the relevant deadline, the Parties filed a Stipulation and [Proposed] Order to Continue Discovery Deadlines.  [Doc. No. 81.]  Per the Court's order denying that Stipulation [Doc. No. 82], because the signature blocks were on separate pages, the Parties file this Amended Stipulation.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

1   Defendant/Third-Party Plaintiff Jaynes Corporation, Inc. ("Jaynes") and Defendant

2   Western Surety Company ("Western"); Plaintiff United States for the Use and Benefit of Agate

3   Steel, Inc. ("Agate"); and Third-Party Defendants American Steel Corporation ("American

4   Steel") and the Ohio Casualty Insurance Company ("Ohio"), by and through their respective

5   counsel (collectively the "Parties"), hereby file this Stipulation to Continue Discovery Deadlines.

6   This request complies with Local Rule ("LR") 6-1, 6-3, 7-1, and 26-4, and is based on good cause

7   because the litigation of this matter will be best served by the proposed extension.

8   **I.**     **GOOD CAUSE FOR EXTENSION TO COMPLETE DISCOVERY**

9   This matter involves a federal work of improvement known as the Fire Crash Rescue

10   Station, located at Creech Air Force Base (the "Project").  Agate asserted a Miller Act claim

11   against Jaynes related to the Project, Jaynes asserted third party claims against American Steel,

12   and American Steel asserted counterclaims against Jaynes.

13   The parties have previously stipulated to continue discovery deadlines in order to provide

14   reasonable time for all parties to review documents, for experts to review the file, and to complete

15   discovery. This request is not made less than twenty-one days before the discovery deadline, thus

16   excusable neglect need not be demonstrated per LR 26-4.

17   In light of the Court's recent order granting American Steel's Motion for Leave to

18   Substitute Expert and to Supplement Expert Disclosure Pursuant to Federal Rule of Civil

19   Procedure 26, the Parties desire to extend the remaining discovery deadlines by sixty (60) days.

20   [Doc. Nos. 77 and 80.]     The Parties believe the requested extension is necessary because the

21   designated experts will need sufficient time to review the new report, possibly prepare a rebuttal

22   report, prepare for their expert depositions, and for all parties to take the remaining depositions in

23   this matter.

24   Accordingly, good cause exists for this requested extension.

25   **II.**    **DISCOVERY COMPLETED TO DATE**

26   To date the Parties have completed the following discovery:

27   • The Parties attended the initial FRCP 26(f) conference on January 23, 2014.

28   • Jaynes and Western made their initial FRCP 26(a)(1) disclosure on February 22,

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

21378875.2

2014 along with supplemental disclosures on September 19, 2014, November 7, 2014, December 19, 2014, December 22, 2014 and February 5, 2015.

- Agate made its initial FRCP 26(a)(1) disclosure on February 24, 2014, along with supplemental disclosures on November 4, 2014 and November 5, 2014.

- American Steel and Ohio issued their initial FRCP 26(a)(1) disclosure on February 24, 2014, along with supplemental disclosures on June 4, 2014, July 21, 2014, September 12, 2014, December 26, 2014 and February 5, 2015.

- Agate served written discovery on Jaynes and American Steel on or about June 13, 2014 and June 17, 2014.

- American Steel served responses to Agate's written discovery on or about July 16, 2014.

- American Steel and Ohio served written discovery on Jaynes on or about July 18, 2014.

- Jaynes served responses to Agate's written discovery on or about July 21, 2014.

- Jaynes served responses to American Steel's written discovery on or about August 20, 2014 and supplemental responses on September 19, 2014.

- Jaynes served written discovery on Agate and American Steel on September 16, 2014.

- American Steel served written discovery on Jaynes on October 24, 2014.

- American Steel served responses to Jaynes' written discovery on November 4, 2014.

- Jaynes served responses to American Steel's written discovery on November 26, 2014.

- Jaynes served its expert disclosure on September 15, 2014, and its rebuttal exporter disclosure on December 22, 2014.

- American Steel served its expert disclosure on September 8, 2014.

- Jaynes has noticed the depositions of Agate's relevant fact witnesses for April 28 and April 29, 2015.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

- 3 -

1    • The parties are currently coordinating schedules with counsel and all necessary

2    witnesses, who are in various states, to set all remaining depositions.

3  **III.**    **DISCOVERY TO BE COMPLETED**

4    The parties anticipate that the following discovery still needs to be completed:

5    • Depositions of the Parties' respective corporate representatives.

6    • Depositions of additional witnesses to be designated.

7    • Expert depositions.

8    • Any additional discovery that may be necessary.

9  **IV.**    **PROPOSED NEW DEADLINES**

10    A.    **Deadline to Conclude All Discovery:**

11    Currently: May 4, 2015

12    Proposed: **June 30, 2015**

13    B.    **Deadline for Parties to File Dispositive Motions:**

14    Currently: June 8, 2015

15    Proposed: **July 30, 2015**

16    C.    **Deadline to File Pretrial Order:**

17    Currently: July 6, 2015

18    Proposed: **August 31, 2015**

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702) 784-5200

21378875.2

1    **V.    CONCLUSION**

2          For the foregoing reasons, the Parties respectfully request that the Court grant their

3    request to continue the discovery deadlines detailed herein.

4    Dated: April 14, 2015                              Dated: April 14, 2015

5    SNELL & WILMER L.L.P.                               LAW OFFICES OF TIMOTHY D. DUCAR,
                                                         PLC
6
     By: */s/ Robin E. Perkins*
7          Leon F. Mead II, Esq.                         By: */s/ Timothy D. Ducar*
           Nevada Bar No. 5719                               Timothy D. Ducar, Esq.
8          Robin E. Perkins, Esq.                           Nevada Bar No. 10572
           Nevada Bar No. 9891                              P.O. Box 72645
9          Bryan M. Gragg, Esq.                             Phoenix, Arizona 85050
           Nevada Bar No. 13134                             Telephone: (480) 502-2119
10         3883 Howard Hughes Parkway                       Facsimile: (480) 452-0900
           Suite 1100                                       *Attorneys for United States for Use and*
11         Las Vegas, NV 89169                              *Benefit of Agate Steel, Inc. and Agate*
           Telephone:  (702) 784-5200                       *Steel, Inc.*
12         Facsimile:  (702) 784-5252
           *Attorneys for Jaynes Corporation and*
13         *Western Surety Company*

14   Dated: April 14, 2015

15   CHEIFETZ IANNITELLI MARCOLINI, P.C.

16
     By: */s/ Chase E. Halsey*
17         Claudio E. Iannitelli, Esq.
           (*Admitted Pro Hac Vice*)
18         Chase E. Halsey, Esq.
           (*Admitted Pro Hac Vice*)
19         111 West Monroe Street, 17th Floor
           Phoenix, AZ 85003
20         Telephone: (602) 952-6000
           Facsimile:  (602) 952-7020
21         *Attorneys for United States for Use and*
           *Benefit of American Steel Corporation;*
22         *American Steel Corporation; and the Ohio*
           *Casualty Insurance Corporation*
23
                                        **ORDER**
24
25          IT IS SO ORDERED.

26          DATED this  15th  _ day of April, 2015.

27                                              _____
28                                              United States Magistrate Judge

21378875.2

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200