**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES, et al.,             )<br>                             Plaintiff(s),    )<br>                                                  )<br>vs.                                             )<br>                                                  )<br>JAYNES CORPORATION, et al.,  )<br>                             Defendant(s).  )<br>_____)  | Case No. 2:13-cv-1907-APG-NJK<br><br>ORDER |

Pending before the Court is the order for attorney Timothy Ducar to show cause why he has not complied with Local Rule IA 10-1(b). Docket No. 95. Mr. Ducar has now filed a response indicating that his non-compliance was an oversight and that he will comply with that rule in the future. Docket No. 97. The Court hereby ORDERS Mr. Ducar, no later than July 2, 2015, to either associate a licensed Nevada attorney maintaining an office in Nevada or designate a licensed Nevada attorney maintaining an office in Nevada, upon whom all papers, process, or pleadings required to be served upon the attorney may be so served. The Court also cautions Mr. Ducar that it expects strict compliance with the Local Rules in the future.

IT IS SO ORDERED.

DATED: June 24, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge