Timothy D. Ducar (Nevada Bar Number 10572)
**LAW OFFICES OF TIMOTHY D. DUCAR, PLC**
P.O. Box 72645
Phoenix, Arizona 85050
Telephone: (480) 502-2119
Facsimile:  (480) 452-0900
tducar@azlawyers.com

Marjorie Hauf, Esq.
Nevada Bar No. 8111
**GANZ & HAUF, CHTD.**
8950 West Tropicana, Suite 1
Las Vegas, Nevada 89147
Telephone: (702) 598-4529
Facsimile: (702) 598-3626

*Attorneys for Plaintiff*
*United States for the Use and Benefit of*
*Agate Steel, Inc. and Agate Steel, Inc.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF AGATE STEEL, INC.; AGATE STEEL, INC., an Arizona Corporation, <br><br> Plaintiffs, <br><br> -vs- <br><br> JAYNES CORPORATION, a Nevada corporation; WESTERN SURETY COMPANY, a South Dakota corporation, <br><br> Defendants. <br><br> JAYNES CORPORATION, a New Mexico corporation, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> AMERICAN STEEL CORPORATION, a Nevada corporation; THE OHIO CASUALTY INSURANCE COMPANY, a foreign corporation, | No.  2:13-cv-01907-APG-NJK <br><br> **STIPULATION AND ORDER FOR CERTAIN RESPONSE AND REPLY DATES AS TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST JAYNES CORPORATION ANS WESTERN SURETY COMPANY** <br><br> **(Assigned to Judge Andrew P. Gordon and Magistrate Judge Nancy J. Koppe)** |

-1-

1  _____  )

2

3           The parties, through counsel, stipulate as to the following.  The parties request the

4  Court to allow:

5           • Jaynes Corporation and Western Surety Company until August 7, 2015 to

6             respond to Plaintiff Agate Steel, Inc.'s Motion For Summary Judgment

7             Against Jaynes Corporation and Western Surety Company, and

8

9           • Agate Steel, Inc. until August 24, 2015 to file a reply thereto.

10  This request was initiated by counsel for Plaintiff, who has a pre-planned commitment to

11  prepare for and take the Hawaii Bar Exam.  Subsequent to taking the bar exam, counsel

12  for Plaintiff will be staying several additional days in Hawaii.  Due to the timing of

13  Defendants' response, the undersigned would have to prepare a reply during these time

14  periods.

15

16           The dispositive motion deadline is August 20, 2015.  This continuation will not

17  impact or delay that deadline.

18           Wherefore, the parties request that the Court allow the following:

19

20           • Jaynes Corporation and Western Surety Company until August 7, 2015 to

21             respond to Plaintiff Agate Steel, Inc.'s Motion For Summary Judgment

22             Against Jaynes Corporation and Western Surety Company, and

23

24           • Agate Steel, Inc. until August 24, 2015 to file a reply thereto.

25  **SO ORDERED.**

26  Dated:  July 2, 2015.

27                                              _____

28                                              UNITED STATES DISTRICT JUDGE

DATED this 2nd day of July, 2015.

**LAW OFFICES OF TIMOTHY D. DUCAR, PLC**

By /s/ Timothy D. Ducar
    Timothy D. Ducar
    P.O. Box 72645
    Phoenix, Arizona 85050
    Attorneys for Plaintiff

**SNELL & WILMER, L.L.P.**

By /s/ Robin E. Perkins (with permission)
    Leon F. Mead II, Esq.
    Robin E. Perkins, Esq.
    Snell & Wilmer, L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, Nevada 89169
    Attorneys for Jaynes Corporation and
    Western Surety Company

**CHEIFETZ IANNITELLI MARCOLINI, P.C.**

By /s/ Claudio Eduardo Iannitelli (with permission)
    Claudio Eduardo Iannitelli, Esq.
    Cheifetz Iannitelli Marcolini, P.C.
    111 West Monroe Street, 17th Floor
    Phoenix, AZ  85003
    Attorneys for American Steel

## ORDER

IT IS SO ORDERED.

Dated this _____ day of July, 2015.

_____
    U.S. District Court Judge

Respectfully submitted by:

By /s/ Timothy D. Ducar
    Timothy D. Ducar
    P.O. Box 72645
    Phoenix, Arizona 85050
    Attorneys for Plaintiff