1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF AGATE STEEL, INC.; AGATE STEEL, INC., an Arizona corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>JAYNES CORPORATION, a New Mexico corporation; WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>    Defendants. | CASE NO. 2:13-cv-01907-APG-NJK<br><br>**ORDER**<br><br>**RE: STIPULATION AND ORDER TO EXTEND DATE TO FILE RESPONSE TO MOTION TO STRIKE AMERICAN STEEL CORP.'S EXPERT DESIGNATION**<br><br>**(First Request)** |
| JAYNES CORPORATION, a New Mexico corporation,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>AMERICAN STEEL CORPORATION, an Arizona corporation, THE OHIO CASUALTY INSURANCE COMPANY, a foreign corporation,<br><br>    Third-Party Defendants. | |

UNITED STATES FOR THE USE AND BENEFIT OF AMERICAN STEEL CORPORATION, an Arizona corporation,

    Third-Party Defendants/ Cross-Claimants

vs.

JAYNES CORPORATION, a New Mexico corporation, AMERICAN STEEL CORPORATION, an Arizona corporation, THE OHIO CASUALTY INSURANCE COMPANY, a foreign corporation,

    Third-Party Cross-Defendants.

On the 28th day of August, 2015, the Court considered the Stipulation and Order to Extend Date for American Steel to File Response to Motion to Strike Expert Designation, the Court is of the opinion that the Stipulation should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that American Steel Corporation is hereby granted up to and including Thursday, September 3, 2015, to file its response to Defendants Jaynes Corporation and Western Surety Company's Motion to Strike American Steel's Expert Designation.

**DATED** this 28th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE