# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF AGATE STEEL, INC., et al., | Case No. 2:13-cv-01907-APG-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| JAYNES CORPORATION, et al., | |
| Defendant(s). | |

On August 17, 2015, the Court ordered Defendants to file a supplemental brief and evidence better explaining why they and/or the Army Corps believe any of the subject documents should be sealed. Docket No. 115 at 4-5. Defendants were required to make that supplemental showing no later than August 31, 2015. *See id.* Defendants have now filed a supplement that contains no legal argument or supplemental evidence regarding their motion to seal. Docket No. 125. Although the intent behind this supplemental filing is not clear to the Court, it appears that Defendants are still in the process of conferring with the Army Corps. *See id.* As such, the Court construes this filing as a request to extend the deadlines outlined in the Court's prior order.

The Court hereby **ORDERS** as follows:

- No later than September 15, 2015, Defendants must file a supplemental brief and supporting evidence in relation to any of the subject documents for which sealing is still sought. No later than September 15, 2015, Defendants must file on the public docket any of the subject documents for which sealing is no longer sought.

- Any response in opposition to the supplemental brief must be filed no later than September 22, 2015.
- Any supplemental reply must be filed no later than September 29, 2015.

To the extent Defendants do not believe they can comply with the above deadlines, they must file a proper request to extend them.

The Court hereby **INSTRUCTS** <u>the Clerk's Office to keep the subject documents sealed for the time being.</u>

IT IS SO ORDERED.

DATED: September 1, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge