Leon F. Mead II
Nevada Bar No. 5719
Robin E. Perkins
Nevada Bar No. 9891
Brian M. Gragg
Nevada Bar No. 13134
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: lmead@swlaw.com
       rperkins@swlaw.com
       bgragg@swlaw.com

*Attorneys for Jaynes Corporation and Western Surety Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF AGATE STEEL, INC.; AGATE STEEL, INC., an Arizona corporation,<br><br>              Plaintiffs,<br>vs.<br><br>JAYNES CORPORATION, a New Mexico corporation; WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>              Defendants. | CASE NO. 2:13-cv-01907-APG-NJK<br><br>**STIPULATION AND [       ] ORDER TO CONTINUE BRIEFING SCHEDULE ON ALL PENDING MOTIONS**<br><br>**(Second Request)** |
| JAYNES CORPORATION, a New Mexico corporation,<br><br>              Third-Party Plaintiff,<br>vs.<br><br>AMERICAN STEEL CORPORATION, a Nevada corporation, THE OHIO CASUALTY INSURANCE COMPANY, a foreign corporation,<br><br>              Third-Party Defendants. | |

Defendant/Third-Party Plaintiff Jaynes Corporation, Inc. ("Jaynes") and Defendant Western Surety Company ("Western"); Plaintiff United States for the Use and Benefit of Agate Steel, Inc. ("Agate"); and Third-Party Defendants American Steel Corporation ("American Steel") and the Ohio Casualty Insurance Company ("Ohio"), by and through their respective counsel (collectively the "Parties"), hereby file this Stipulation and [Proposed] Order to Continue Briefing Schedule on All Pending Motions. This request complies with Local Rule ("LR") 6-1 and 7-1. The litigation of this matter will be best served by the proposed extension.

At issue here are the following motions. Jaynes' motions filed on August 13, 2015: Jaynes' Motion to Strike American Steel's Expert Designation [Doc. No. 104]; Motion for Partial Summary Judgment re American Steel's Damages [Doc. No. 106]; Motion for Partial Summary Judgment re Obligation to Defend and Indemnify [Doc. No. 110]. American Steel and Ohio's Motion for Partial Summary Judgment Against Jaynes Corporation Re: Bond Claims, filed on August 20, 2015 [Doc. No. 117].

## I. REQUEST FOR CONTINUED BRIEFING DEADLINES

Jaynes and American Steel have filed a number of dispositive motions and are in the process of completing discovery, which closes on September 14, 2015. Additionally, while the Parties were unable to resolve this action during mediation, American Steel and Jaynes are still participating in settlement discussions. Jaynes and American Steel desire to continue the current briefing deadlines to allow the Parties to focus on preparation, taking, and travel associated with the upcoming depositions. Also, the Parties desire to limit the fees and costs incurred in this action, and in light of ongoing resolution efforts, would benefit from additional time to brief all pending motions. Finally, because the dispositive motion deadline is October 14, 2015, the continued deadlines will not alter or impact the current dispositive motion deadline. Agate has no opposition to this requested continuance.

## II. PROPOSED NEW DEADLINES

A. **Jaynes' Motion to Strike American Steel's Expert Designation [Doc. No. 104]:**

Opposition currently: September 3, 2015

Opposition proposed: October 8, 2015

- 2 -

Reply currently: September 14, 2015

Reply proposed: October 19, 2015

B. **Jaynes' Motion for Partial Summary Judgment re American Steel's Damages [Doc. No. 106] and Motion for Partial Summary Judgment re Obligation to Defend and Indemnify [Doc. No. 110]:**

Opposition currently: September 8, 2015

Opposition proposed: October 8, 2015

Reply currently: September 25, 2015

Reply proposed: October 26, 2015

C. **American Steel and Ohio's Motion for Partial Summary Judgment Against Jaynes Corporation Re: Bond Claims [Doc. No. 117]:**

Opposition currently: September 14, 2015

Opposition proposed: October 14, 2015

Reply currently: October 1, 2015

Reply proposed: November 2, 2015

## III. CONCLUSION

For the foregoing reasons, the Parties respectfully request that the Court grant their request to continue the briefing schedule on all pending motions.

Dated: September 2, 2015

SNELL & WILMER L.L.P.

By: */s/ Robin E. Perkins*
    Leon F. Mead II, Esq.
    Nevada Bar No. 5719
    Robin E. Perkins, Esq.
    Nevada Bar No. 9891
    Bryan M. Gragg, Esq.
    Nevada Bar No. 13134
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, NV 89169
    Telephone:  (702) 784-5200
    Facsimile:  (702) 784-5252
*Attorneys for Jaynes Corporation and Western Surety Company*

Dated: September 2, 2015

LAW OFFICES OF TIMOTHY D. DUCAR, PLC

By: */s/ Timothy D. Ducar*
    Timothy D. Ducar, Esq.
    Nevada Bar No. 10572
    P.O. Box 72645
    Phoenix, Arizona 85050
    Telephone: (480) 502-2119
    Facsimile:  (480) 452-0900
*Attorneys for United States for Use and Benefit of Agate Steel, Inc. and Agate Steel, Inc.*

IT IS SO ORDERED.
Dated: September 2, 2015

_____
United States District Judge

Dated: September 2, 2015

CHEIFETZ IANNITELLI MARCOLINI, P.C.

By: */s/ Claudio E. Iannitelli*
Claudio E. Iannitelli, Esq.
(*Admitted Pro Hac Vice*)
111 West Monroe Street, 17th Floor
Phoenix, AZ 85003
Telephone: (602) 952-6000
Facsimile: (602) 952-7020
*Attorneys for United States for Use and Benefit of American Steel Corporation; American Steel Corporation; and the Ohio Casualty Insurance Corporation*

## **ORDER**

IT IS SO ORDERED.

DATED this _____ day of September, 2015.

_____
U.S. DISTRICT COURT JUDGE

1  Respectfully submitted:

2  SNELL & WILMER L.L.P.

3

4  By: */s/ Robin E. Perkins*
   Leon F. Mead II, Esq.
5  Nevada Bar No. 5719
   Robin E. Perkins, Esq.
6  Nevada Bar No. 9891
   Bryan M. Gragg, Esq.
7  Nevada Bar No. 13134
   3883 Howard Hughes Parkway
8  Suite 1100
   Las Vegas, NV 89169
9  Telephone:  (702) 784-5200
   Facsimile:  (702) 784-5252
10 lmead@swlaw.com
   rperkins@swlaw.com
11 bgragg@swlaw.com
   *Attorneys for Jaynes Corporation,*
12 *Inc. and Western Surety Company*

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE ON ALL PENDING MOTIONS (Second Request)** by the method indicated:

| | |
|---|---|
| _____ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| \_\_\_\_X\_\_\_\_\_ | Electronic Filing/ECF |

and addressed to the following:

Timothy D. Ducar, Esq.
Law Offices Of Timothy D. Ducar, PLC
P.O. Box 72645
Phoenix, AZ 85050
tducar@azlawyers.com
*Attorneys for Plaintiffs*

Brandon B. McDonald, Esq.
McDonald Law Offices, PLLC
2505 Anthem Village Pkwy., E-474
Henderson, NV 89052
brandon@mcdonaldlawyer.com
*Attorneys for American Steel Corporation and The Ohio Casualty Insurance Corporation*

Claudio E. Iannitelli, Esq.
Cheifetz Iannitelli Marcolini, P.C.
111 West Monroe Street, 17th floor
Phoenix, AZ 85003
cei@cimlaw.com
*Attorneys for American Steel Corporation and The Ohio Casualty Insurance Corporation*

Marjorie Hauf, Esq.
Ganz & Hauf, Chtd.
8950 W. Tropicana, Suite 1
Las Vegas, NV 89147
Mhauf@GanzHauf.com
*Attorneys for Plaintiffs*

DATED: September 2, 2015

*/s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.

22473105