# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AGATE STEEL, INC., | Case No. 2:13-cv-01907-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| JAYNES CORPORATION, et al., | (Docket Nos. 124, 131) |
| Defendant(s). | |

Pending before the Court is Timothy Ducar's motion to withdraw his motion to withdraw as counsel for Plaintiff Agate Steel, Inc., Docket No. 131, which is hereby **GRANTED**.  The motion to withdraw as counsel (Docket No. 124) is hereby **DENIED** as moot.  The Court hereby **VACATES** the hearing set for September 17, 2015.

IT IS SO ORDERED.

DATED:  September 4, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge