# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF AGATE STEEL, INC., et al., | Case No. 2:13-cv-01907-APG-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| JAYNES CORPORATION, et al., | |
| Defendant(s). | |

Pending before the Court is Defendant's motion to seal. Docket No. 114. That motion to seal asserts that various exhibits submitted in relation to briefing motions for summary judgment were confidential pursuant to Defense Federal Acquisition Regulation Supplement ("FARS") § 252.204-7000. *See id.* Defendant has now filed a motion to withdraw that motion to seal because the Army Corps consents to the public disclosure of the exhibits. *See* Docket No. 135. Accordingly, the motion to seal is hereby **DENIED** as moot and the Clerk's Office is hereby **INSTRUCTED** to unseal the corresponding exhibits.

IT IS SO ORDERED.

DATED: September 28, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge