Brandon McDonald, Esq.
brandon@mcdonaldlawyers.com
Nevada Bar No. 11206
**MCDONALD LAW OFFICES, PLLC**
2505 Anthem Village Parkway, E-474
Henderson, Nevada 89052
Telephone:  (702) 385-7411
Facsimile:   (702) 992-0569

Claudio E. Iannitelli, *Pro Hac Vice* - cei@cimlaw.com
Cynthia R. Estrella - cre@cimlaw.com
Nevada Bar No. 8447
**CHEIFETZ IANNITELLI MARCOLINI, P.C.**
111 West Monroe Street, 17th Floor
Phoenix, Arizona 85003
Tel. (602) 952-6000
Fax (602) 952-7020
*Attorneys for American Steel Corporation
and The Ohio Casualty Insurance Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF AGATE STEEL, INC.; AGATE STEEL, INC., an Arizona corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>JAYNES CORPORATION, a New Mexico corporation; WESTERN SURETY COMPANY, a South Dakota corporation,<br><br>Defendants. | CASE NO. 2:13-cv-01907-APG-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE ON ALL PENDING MOTIONS**<br><br>**(Third Request)** |
| JAYNES CORPORATION, a New Mexico corporation,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>AMERICAN STEEL CORPORATION, an Arizona corporation, THE OHIO CASUALTY INSURANCE COMPANY, a foreign corporation,<br><br>Third-Party Defendants. | |

20103007.2

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF AMERICAN STEEL CORPORATION, an Arizona corporation, | |
| Third-Party Defendants/ Cross-Claimants | |
| vs. | |
| JAYNES CORPORATION, a New Mexico corporation, AMERICAN STEEL CORPORATION, an Arizona corporation, THE OHIO CASUALTY INSURANCE COMPANY, a foreign corporation, | |
| Third-Party Cross-Defendants. | |

Defendants/Third-Party Plaintiff Jaynes Corporation and Defendant Western Surety Company (collectively "Jaynes") and Third-Party Defendants American Steel Corp. and The Ohio Casualty Insurance Company (collectively, "American Steel"), by and through their respective counsel ("the Parties"), hereby file this Stipulation and [Proposed] Order to Continue Briefing Schedule on All Pending Motions. This request complies with Local Rule ("LR") 6-1 and 7-1. The litigation of this matter will be best served by the proposed extension.

The following motions are currently pending:

- o Jaynes' Motion to Strike American Steel's Expert Designation ("Motion to Strike") [dkt. 104]
- o Jaynes' Motion for Partial Summary Judgment re American Steel's Damages [dkt. 106]
- o Jaynes' Motion for Partial Summary Judgment re Obligation to Defend and Indemnify [dkt. 110]  and
- o American Steel's Motion for Partial Summary Judgment re Bond Claims [dkt.117].

The Court previously granted the Parties' Stipulation to Continuing Briefing on these motions [dkt. 130] to allow the Parties to complete several depositions.

## I. REQUEST FOR CONTINUED BRIEFING DEALINES

American Steel and Jaynes have recently completed several lay and expert depositions that required preparation and out of town travel for all counsel. The Parties cooperated to schedule depositions in such a manner to accommodate the witness' and experts' schedule availability and location preference. The Parties intend to use the deposition transcripts to prepare their responses to the pending motions. However, not all of the transcripts are available. Additionally, American Steel and Jaynes are still engaged in discussions that may facilitate settlement. Accordingly, American Steel and Jaynes desire to continue the current briefing schedule and to extend the deadline for filing dispositive motions. Agate's counsel does not object to the requested continuance.

## II. PROPOSED NEW DEADLINES

**A. Jaynes' Motion to Strike American Steel's Expert Designation [Dkt. 104]:**

Opposition currently: October 8, 2015
Opposition proposed: October 19, 2015

Reply currently: October 19, 2015
Reply proposed: October 30, 2015

**B. Jaynes' Motion for Partial Summary Judgment re American Steel's Damages [Dkt. 106] and Motion for Partial Summary Judgment re Obligation to Defend and Indemnify [Dkt. 110]:**

Opposition currently: October 8, 2015
Opposition proposed: October 19, 2015

Reply currently: October 26, 2015
Reply proposed: November 6, 2015

**C. American Steel and Ohio's Motion for Partial Summary Judgment Against Jaynes Corporation Re: Bond Claims [Dkt. 117]:**
Opposition currently: October 14, 2015
Opposition proposed: October 21, 2015

Reply currently: November 2, 2015
Reply proposed: November 13, 2015

**D. Deadline for filing Dispositive Motions:**
  Current Deadline: October 14, 2015
  Proposed Deadline: October 26, 2015

### III. CONCLUSION

For the foregoing reasons, the Parties respectfully request that the Court grant their short continuance to the briefing schedule on all pending motions.

**DATED** this 6th day of October, 2015.

| **SNELL & WILMER, LLP**<br><br>By: */s/ Robin E. Perkins, Esq.*<br>Leon F. Mead, II (NV Bar No. 5719)<br>Robin E. Perkins (NV Bar No. 9891)<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>*Attorneys for Jaynes Corporation and Western Surety Company* | **CHEIFETZ IANNITELLI MARCOLINI, P.C.**<br><br>By: */s/ Cynthia R. Estrella, Esq.*<br>Claudio E. Iannitelli (*Pro Hac Vice*)<br>Cynthia R. Estrella (NV Bar No. 8447)<br>111 West Monroe Street, 17th Floor<br>Phoenix, Arizona 85003<br>Telephone: (602) 952-6000<br>Facsimile: (602) 952-7020<br>*Attorneys for American Steel Corporation and The Ohio Casualty Insurance Corporation* |
|---|---|
| **LAW OFFICES OF TIMOTHY D. DUCAR**<br><br>By: */s/ Timothy D. Ducar, Esq.*<br>Timothy D. Ducar (NV Bar No. 1057)<br>8360 E. Raintree Drive, Suite 140<br>Scottsdale, AZ  85260<br>*Attorney for U.S. ex rel. Agate Steel, Inc. and Agate Steel, Inc.* | |

**ORDER**

IS IT SO ORDERED.

Dated: October 7, 2015.

_____
UNITED STATES DISTRICT JUDGE

- 4 -