**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES for the use and benefit of AGATE STEEL, INC. and AGATE STEEL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JAYNES CORPORATION and WESTERN SURETY COMPANY,<br><br>Defendants.<br>─────────────────────────────<br>AND ALL RELATED CLAIMS. | Case No. 2:13-CV-01907-APG-NJK<br><br>**ORDER FOR STATUS REPORT REGARDING MEDIATION** |

In the parties' July 2015 stipulation, they indicated they were going to attend a mediation in August 2015. ECF No. 103 at 2. It appears that the mediation was unsuccessful because the parties have continued with summary judgment briefing. However, the parties have never advised whether the mediation took place or has been rescheduled. The parties also referred to further settlement efforts in another stipulation. ECF No. 137 at 3. Before the court expends resources addressing the parties' numerous summary judgment motions, the parties shall file a status report regarding the mediation, including whether it occurred or is scheduled for the future, and whether any of the pending motions have been rendered moot or the issues narrowed either by a mediation or other settlement efforts.

IT IS THEREFORE ORDERED that the parties shall file a joint status report regarding mediation and whether any of the pending summary judgment motions are moot or the issues narrowed on or before June 6, 2016.

DATED this 27th day of May, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE