# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES for the use and benefit of AGATE STEEL, INC. and AGATE STEEL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JAYNES CORPORATION and WESTERN SURETY COMPANY, <br><br> Defendants. <br> ———————————————— <br><br> AND ALL RELATED CLAIMS. | Case No. 2:13-CV-01907-APG-NJK <br><br> **ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT RE: CLAIM FOR BREACH OF JOINT CHECK AGREEMENT** <br><br> (ECF No. 108) |

I grant defendants Jaynes Corporation and Western Surety Company's motion for partial summary judgment on plaintiff Agate Steel, Inc.'s claim for breach of a joint check agreement. Plaintiff Agate Steel, Inc. voluntarily withdrew its allegations in the complaint that Jaynes Corporation breached a joint check agreement. ECF No. 123.

IT IS THEREFORE ORDERED that defendants Jaynes Corporation and Western Surety Company's motion for partial summary judgment **(ECF No. 108) is GRANTED**.

DATED this 27th day of May, 2016.

————————————————————
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE