**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITED STATES for the use and benefit of AGATE STEEL, INC. and AGATE STEEL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JAYNES CORPORATION and WESTERN SURETY COMPANY, <br><br> Defendants. <br> ─────────────────────────── <br> AND ALL RELATED CLAIMS. | Case No. 2:13-CV-01907-APG-NJK <br><br> **ORDER** <br><br> (ECF No. 91) |

In light of Magistrate Judge Koppe's order (ECF No. 136) unsealing various exhibits submitted in relation to summary judgment briefing, the parties are directed to meet and confer regarding whether plaintiff Agate Steel, Inc.'s *in camera* submission (*see* ECF No. 91) should be filed on the publicly-accessible docket and whether the exhibits to the third party defendants' motion for summary judgment (ECF No. 118) should be unsealed.

If the parties agree that these documents should be available on the public docket with no redactions, then the party who submitted the document must file it in publicly accessible form on or before June 14, 2016.  If the parties do not agree, then any party who objects to some or all of the filings being made publicly accessible, in whole or in part, must file a motion to seal explaining why the filings should be sealed or redacted. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

DATED this 7th day of June, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE